AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
### for the
District of __NEVADA__

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:22-mj-00539-DJA |
| | ) | |
| JOSE GALVAN-NAVARRO | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Western District of Texas | Courtroom No.: | AS ORDERED |
|---|---|---|---|
| | | Date and Time: | AS ORDERED |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: ___Jul 8, 2022___

_____
*Judge's signature*

DANIEL J. ALBREGTS, U.S. Magistrate Judge
_____
*Printed name and title*

FILED ___ ENTERED ___
RECEIVED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD

JUL - 8 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY